THE STATE EX REL. PATTERSON, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Patterson v. Indus. Comm.* (1998), 83 Ohio St.3d 544.]

(No. 97–1844—Submitted August 19, 1998—Decided November 10, 1998.)

---

*Daniel D. Connor Co., L.P.A., Daniel D. Connor* and *Kenneth S. Hafenstein*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Steve P. Dlott*, Assistant Attorney General, for appellee.

The judgment of the court of appeals is reversed, and the cause is returned to the Industrial Commission for relief pursuant to *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

_____

LUNDBERG STRATTON, **J., dissenting.** I would affirm the judgment of the court of appeals consistent with the opinion of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.